**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**Case No. 12-60557-Civ-RNS**

GERALD R. MOORE,

    Plaintiff,

v.

WYSE FINANCIAL SERVICES, INC.,

    Defendant.

_____/

**ORDER GRANTING MOTION FOR DEFAULT FINAL JUDGMENT**

    THIS MATTER is before the Court upon the Plaintiffs' Motion for Default Final Judgment [ECF No. 14]. "A defendant, by his default, admits the plaintiff's well-pleaded allegations of fact," as set forth in the Complaint. *See Eagle Hosp. Physicians, LLC v. SRG Consulting, Inc.*, 561 F.3d 1298, 1307 (11th Cir. 2009). Following the entry of a default, damages may be awarded without a hearing if the amount claimed is capable of mathematical calculation and supported by essential evidence as a matter of record. *See S.E.C. v. Smyth*, 420 F.3d 1225, 1231, 1232 n.13 (11th Cir. 2005). "A plaintiff may establish the necessary amount of damages by affidavit." Here, the Motion is well supported and shows Plaintiff's entitlement to damages in a sum certain.

    Accordingly, it is hereby **ORDERED and ADJUDGED** that the Motion is **GRANTED.** The Court enters Default Final Judgment in favor of the Plaintiff, Gerald R. Moore, and against Defendant, WYSE Financial Services, Inc., in the amount $50,000.00 for Defendant's violation of the Telephone Consumer Protection Act, plus post judgment interest at the legal rate, for which let execution issue. Defendant is hereby enjoined from placing non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent. The Clerk shall **CLOSE** this case.

    **DONE and ORDERED** in chambers at Miami, Florida, on August 23, 2012.

                                                   _____
                                                   **ROBERT N. SCOLA, JR.**
                                                   **UNITED STATES DISTRICT JUDGE**

*Copies to:* Counsel of Record;
WYSE Financial Services, Inc.